**Tyrone ELLIS Plaintiff-Appellant**

v.

**Patrick DRUMMOND, APN, East Arkansas Regional Unit Defendant-Appellee**

No. 16-4565

United States Court of Appeals, Eighth Circuit.

Submitted: July 28, 2017

Filed: August 10, 2017

Tyrone Ellis, Pro Se

Brent J. Eubanks, Humphries & Odum, White Hall, AR, for Defendant-Appellee

Before GRUENDER, BOWMAN, and SHEPHERD, Circuit Judges.

**PER CURIAM.**

Arkansas inmate Tyrone Ellis appeals after the district court [1] adversely granted summary judgment in his *pro se* 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs.

Upon careful review, we conclude that summary judgment was appropriately granted, as the record established beyond genuine dispute that Drummond did not disregard Ellis's medical needs. *See Fourte v. Faulkner Cty., Ark.*, 746 F.3d 384, 387 (8th Cir. 2014) (concluding that a deliberate-indifference claim requires showing that defendants actually knew of, but deliberately disregarded, objectively serious medical need); *Peterson v. Kopp*, 754 F.3d 594, 598 (8th Cir. 2014) (requiring that a grant of summary judgment be reviewed *de novo*, viewing record in light most favorable to non-moving party). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Mary Ann Cohen, United States Tax Court Judge.

1. The Honorable D. P. Marshall, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Joe J. Volpe, United States Magistrate Judge for the Eastern District of Arkansas.